JAMES I. CUFF, as Substituted Receiver of All the Property, Debts, Equitable Interest, Rights and Things in Action, Effects and Estate Real and Personal of JOHN BARRY RYAN, in the Matter of Supplementary Proceedings Instituted by JOHN P. JONES, Plaintiff and Judgment Creditor, against JOHN BARRY RYAN, Defendant

and Judgment Debtor, Respondent, v. Fidelity & Deposit Company of Maryland, Appellant.— From an order granting summary judgment and the judgment entered thereon, the defendant appeals. Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.